UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*Rung on 5/26/10 by Heidi J. Receipt*
*# 490796*

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

Debtor:    EASON, Michael Thomas

Chapter 7 Case No.    09-46076

*RECEIVED 10 MAY 24 AM 9:48 US BANKRUPTCY COURT MINNEAPOLIS MN*

Please Check One:

___ Unclaimed Dividends

_X_ Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| U.S. BANK N.A.<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | 9 | $ 45.30 | $ 1.16 |

Date   5-21-10

J. Richard Stermer, Trustee